IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAN MICHAEL GOLDBERG　　　　　　　　　　　　　　　Case No: 15-57465
　　　　4331 YEARLING CIRCLE
　　　　APT A　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　COLUMBUS, OH  43213

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on May 15, 2017. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the date the last payment is due under the terms of the confirmed plan.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.ch13columbus.com/forms.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Faye D. English
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAYE D. ENGLISH TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ONE COLUMBUS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　10 WEST BROAD ST., SUITE 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　COLUMBUS, OH  43215-3449
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAN MICHAEL GOLDBERG  
      4331 YEARLING CIRCLE  
      APT A  
      COLUMBUS, OH  43213

Case No: 15-57465

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on November 19, 2015.
The plan was confirmed on May 05, 2016.
The Case was concluded on May 15, 2017.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been negotiated. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     380,056.58

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---:|---:|---:|---:|
| ARNOLD S WHITE ESQ<br>00037    ADDITIONAL ATTORNEY FEES | 1,682.00 | 1,682.00 | 0.00 | 0.00 |
| ARNOLD S WHITE ESQ<br>00039    ADDITIONAL ATTORNEY FEES | 10,976.62 | 10,976.62 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA<br>00010    UNSECURED | 33,470.64 | 33,470.64 | 1,812.98 | 0.00 |
| Citibank<br>00011    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Columbus Income Tax Division<br>00003    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO INC<br>00032    UNSECURED | 233.39 | 233.39 | 12.62 | 0.00 |
| Credit One Bank<br>00012    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DEAN GOLDBERG<br>00002    PRE-PET MTG ARREARS | d at real estate closing | 463.61 | 0.00 | 0.00 |
| DEAN GOLDBERG<br>00001    MORTGAGE | d at real estate closing | 27,487.47 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY INTERNAL RE<br>00006    PRIORITY | 134,781.69 | 134,781.69 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY INTERNAL RE<br>00031    UNSECURED | 47,619.38 | 47,619.38 | 1,623.36 | 0.00 |
| FIA Card Services NA<br>00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| First American Mortgage Corp.<br>00014    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 15-57465   JAN MICHAEL GOLDBERG

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| First Premier Bank 00015    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FRANKLIN COUNTY OHIO TREASURER 00004    SECURED | d at real estate closing | 22,419.20 | 0.00 | 0.00 |
| FRANKLIN COUNTY OHIO TREASURER 00038    REAL ESTATE TAXES | d at real estate closing | 0.00 | 0.00 | 0.00 |
| Franklin County Treasurer 00005    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Huntington National Bank 00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JAN MICHAEL GOLDBERG 00000    DEBTOR REFUND | 0.00 | 285,000.00 | 0.00 | 0.00 |
| JAN MICHAEL GOLDBERG 00000    DEBTOR REFUND | 12,864.39 | 12,864.39 | 0.00 | 0.00 |
| JP Recovery Services, Inc. 00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV 00018    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC 00019    UNSECURED | 8,771.44 | 8,771.44 | 475.14 | 0.00 |
| LVNV FUNDING LLC 00033    UNSECURED | 3,995.79 | 3,995.79 | 216.45 | 0.00 |
| LVNV FUNDING LLC 00034    UNSECURED | 4,345.74 | 4,345.74 | 235.42 | 0.00 |
| Meade & Associates 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Midland Funding Corporation 00021    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC 00022    UNSECURED | 11,568.89 | 11,568.89 | 626.62 | 0.00 |
| OHIO DEPARTMENT OF TAXATION 00036    UNSECURED | 12,350.70 | 12,350.70 | 668.99 | 0.00 |
| OHIO DEPARTMENT OF TAXATION 00035    PRIORITY | 33,355.61 | 33,355.61 | 0.00 | 0.00 |
| PCB 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PCB 00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Salute 00025    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Shoreline Funding II, LLC 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Unifund CCR LLC 00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| United Collection Bureau, Inc. 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Whitehall City 00008    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| William Bookmyer, CPA 00029    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-57465   JAN MICHAEL GOLDBERG

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Wilmar<br>00030    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 297,864.39 | 297,864.39 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 50,370.28 | 180,795.92 | 122,355.97 | 0.00 | 297,864.39 | 651,386.56 |
| PRIN PAID | 50,370.28 | 180,795.92 | 122,355.97 | 0.00 | 297,864.39 | 651,386.56 |
| INT PAID | 0.00 | 0.00 | 5,671.58 | 0.00 | | 5,671.58 |
| | | | | | TOTAL PAID: | 657,058.14 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| ARNOLD S WHITE ESQ | 2,000.00 | 2,000.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 18,862.83 | 0.00 | 0.00 | 18,862.83 |

Dated: 06/21/2017

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAN MICHAEL GOLDBERG<br>4331 YEARLING CIRCLE<br>APT A<br>COLUMBUS, OH  43213 | Case No: 15-57465<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

The Chapter 13 Trustee's account will be filed with the Court after all checks issued by the Trustee have been negotiated. No notice will be given of the filing of the Final Report as this notice is intended to comply with FRBP 5009 (a).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAN MICHAEL GOLDBERG
       4331 YEARLING CIRCLE
       APT A
       COLUMBUS, OH  43213

Case No: 15-57465

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 6/21/2017 addressed to:

       Jan Michael Goldberg
       4331 Yearling Circle
       Apt A
       Columbus, Oh 43213

       ALL PARTIES IN ATTACHED MATRIX

       /s/Faye D. English
       Faye D. English (0075557), Chapter 13 Trustee
       1557465

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-57465    JAN MICHAEL GOLDBERG

Creditor Matrix for Case Number 15-57465

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Ohio Department of Taxation | | | | 000000000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Bob Shingh | 4331 Yearling Circle, Apt. D | Columbus | OH | 432130000 |
| Brittney Robinson | 4321 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| C. Wilder | 4320 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| COLUMBIA GAS OF OHIO | PO BOX 117 | COLUMBUS | OH | 432160117 |
| Capital One | P.O. Box 85520 | Richmond | VA | 232850000 |
| Capital One Bank USA NA | PO Box 71083 | Charlotte | NC | 282721083 |
| Chavis Whittney | 41 Yearling Road, Apt. B | Columbus | OH | 432130000 |
| Citibank | 701 E. 60th Street N. | Sioux Falls | SD | 571040000 |
| City of Columbus Income Tax Division | 50 W. Gay Street, 4th Floor | Columbus | OH | 432150000 |
| Credit One Bank | P.O. Box 98872 | Las Vegas | NV | 891930000 |
| Dean Goldberg | 2837 Pradera Road | Carmel | CA | 939230000 |
| Dorothy Straits | 4301 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| FIA Card Services NA | C/O Levy & Associates 4645 Executive Drive | Columbus | OH | 432200000 |
| FRANKLIN COUNTY TREASURER | 373 S HIGH STREET | COLUMBUS | OH | 432150000 |
| First American Mortgage Corp. | 1201 West Peachtree Street NE, Suite 180 | Atlanta | GA | 303090000 |
| First Premier Bank | 3820 N. Louise Avenue | Sioux Falls | SD | 571070000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-57465    JAN MICHAEL GOLDBERG

| | | | | |
|---|---|---|---|---|
| Franklin County Treasurer | 373 S. High Street, 17th Floor | Columbus | OH | 432150000 |
| Gino Washington | 4321 Yearling Circle, Apt. D | Columbus | OH | 432130000 |
| Herman Garland | 4321 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Huntington National Bank | 41 South High Street | Columbus | OH | 432870000 |
| Internal Revenue Service | P.O. Box 21126 | Philadelphia | PA | 191140000 |
| JP Recovery Services, Inc. | 2022 Center Ridge Road, Suite 370 | Rocky River | OH | 441160000 |
| Jeff Lee | 4290 Yearling Circle, Apt. D | Columbus | OH | 432130000 |
| Jennifer Cramer | 4328 Yearling Circle, Apt. A | Columbus | OH | 432130000 |
| Jerry Arthur | 4331 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Joe Goldberg | 4331 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| John M. Ranft & Company | 4866 E. Broad Street | Columbus | OH | 432130000 |
| Jose Caberra | 4290 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Kevin Ryan | 4311 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Kier Miller | 4300 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| LVNV | P.O. Box 10497 | Greenville | SC | 296030000 |
| LVNV Funding LLC | 150 S. Main Street, Suite 700 | Greenville | SC | 296010000 |
| LVNV Funding, LLC its successors and assigns | assignee of Chase Bank USA, N.A. Resurgent Capital Services | Greenville | SC | 296030587 |
| Latoya Reynolds | 4301 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| Lawrence Jacobs | 4301 Yearling Circle, Apt. D | Columbus | OH | 432130000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-57465   JAN MICHAEL GOLDBERG

| | | | | |
|---|---|---|---|---|
| Leah Smith | 4310 Yearling Circle, Apt. A | Columbus | OH | 432130000 |
| Maharath Vong | 4320 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Martha Alwalin | 4320 Yearling Circle, Apt. A | Columbus | OH | 432130000 |
| Meade & Associates | 737 Enterprise Drive | Westerville | OH | 430810000 |
| Midland Credit Management,Inc | as agent for MIDLAND FUNDING LLC<br>PO Box 2011 | Warren | MI | 480900000 |
| Midland Funding Corporatin | 8875 Aero Drive | San Diego | CA | 921230000 |
| Midland Funding Corporation | 8875 Aero Drive | San Diego | CA | 921230000 |
| Octavia Arthur | 4321 Yearling Circle, Apt. A | Columbus | OH | 432130000 |
| Office | 4331 Yearling Circle, Apt. A | Columbus | OH | 432130000 |
| Ohio Department of Taxation | Bankruptcy Division<br>P.O. Box 530 | Columbus | OH | 432160000 |
| PCB | P.O. Box 29917 | Columbus | OH | 432290000 |
| Ray Freeman | 4320 Yearling Circle, Apt. D | Columbus | OH | 432130000 |
| Ron Powell | 4290 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| Salute | P.O. Box 10555 | Atlanta | GA | 303480000 |
| Samur Aljeeran | 4310 Yearling Circle, Apt B | Columbus | OH | 432130000 |
| Seab Hood | 41 Yearling Road, Apt. C | Columbus | OH | 432130000 |
| Shoreline Funding II, LLC | 5409 Maryland Way, Suite 315 | Brentwood | TN | 370270000 |
| State of Ohio | 150 E. Gay Street | Columbus | OH | 432150000 |
| Sueng Southern | 4310 Yearling Circle, Apt. C | Columbus | OH | 432130000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-57465    JAN MICHAEL GOLDBERG

| | | | | |
|---|---|---|---|---|
| Teresa Perez | 4328 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Teresa Reily | 4310 Yearling Circle, Apt. D | Columbus | OH | 432130000 |
| Ty Childer | 81 Yearling Road, Apt. C | Columbus | OH | 432130000 |
| Unifund CCR LLC | P.O. Box 42730 | Cincinnati | OH | 452420000 |
| United Collection Bureau, Inc. | 5620 Southwyck Blvd. | Toledo | OH | 436140000 |
| Valerie Varney | 4328 Yearling Circle, Apt. C | Columbus | OH | 432130000 |
| Valey Conley | 4300 Yearling Circle, Apt. B | Columbus | OH | 432130000 |
| Whitehall City | 360 S. Yearling Road | Columbus | OH | 432130000 |
| William Bookmyer, CPA | 5674 Sheehan Court | Dublin | OH | 430160000 |
| Wilmar | 2375 Internationsl Street | Columbus | OH | 432280000 |
| Arnold S White | 55 Meadow Park Avenue | Columbus | OH | 432090000 |
| Faye D. English | Chapter 13 Trustee<br>10 West Broad Street | Columbus | OH | 432153449 |
| Jan Michael Goldberg | 4331 Yearling Circle, Apt. A | Columbus | OH | 432130000 |

Page 4 of 4    1557465